PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use of and benefit of INNOVATIVE CONSTRUCTION SOLUTIONS-NORCAL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CH2M HILL CONSTRUCTORS, INC., a Delaware corporation; BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation; BERKLEY SURETY GROUP, LLC, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS | Case No. 2:14-CV-01376-MCE-KJN<br><br>The Honorable Morrison C. England Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation submitted by the Parties, through their counsel of record, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Plaintiff INNOVATIVE CONSTRUCTION SOLUTIONS-NORCAL'S ("ICS-Norcal") Complaint against Defendants CH2M HILL CONSTRUCTORS, INC. ("CH2M") and BERKLEY REGIONAL INSURANCE COMPANY (collectively, "Defendants"), and each and every cause of action or claim therein,

1  shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
2  with each party to bear its own attorneys' fees and costs.
3         Also Pursuant to the Stipulation submitted by the Parties, through their counsel of record,
4  and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that CH2M's Counter-Claim against
5  ICS-Norcal, and each and every cause of action or claim therein, shall be dismissed with
6  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its
7  own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.
8         **IT IS SO ORDERED.**
9  **Dated:  February 12, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100